**From:** Nate Morrison <nmorrison@jpwindustries.com>
**Sent:** Monday, March 11, 2024 4:21 PM
**To:** Matt King <matt@contractortool.com>
**Cc:** Brett Kinzler <BKinzler@jpwindustries.com>; Jillian Cherry <JCherry@jpwindustries.com>; robmoe@sphere1net.com; Mike Shumard <mikes@sphere1net.com>
**Subject:** JPW/CTS call recap

Matt,

Thanks for the time on Friday. Just to recap our call and ensure agreement:

- JPW and CTS will continue our relationship with the brick & mortar construction business:
    - This business will be managed by our field sales team and will receive Sphere 1 benefits
    - CTS.com to follow the JPW MAP policy which includes "Price in Cart" as a violation
    - Future orders will need to follow Sphere 1 terms of 1% 15 NET 30; credit card payments would require adder to account for additional fees
    - We need to confirm which account number will be used for B&M business so that we can accurately adjust rebates and sales goals for CTS, Sphere 1 and JPW teams

- JPW and CTS/Vera will not partner on Amazon 3P business:
    - JPW would expect <5% of overall CTS sales to be sold through Amazon or other marketplaces
    - This business will be managed by JPW's eCommerce team
    - Vera Tools to follow the JPW MAP policy which includes "Price in Cart" as a violation on all marketplace platforms
    - Not discussed, but we do not want CTS/Vera Tools selling/stocking through Amazon VBA

Are we in agreement with the go forward plan and terms?

Thanks,

**NATE MORRISON**
VICE PRESIDENT, NORTH AMERICAN SALES

**MOBILE** (704) 806-2137
427 NEW SANFORD ROAD  I  LAVERGNE, TN 37086

nmorrison@jpwindustries.com





**CONFIDENTIALITY NOTE:** The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. This message is confidential, intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message is strictly prohibited. If you receive this message in error or are not the named recipient(s), please notify the sender and delete the material from any computer.