# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**CONTRACTOR TOOL SUPPLY, INC.,**

**Plaintiff,**

**v.** **Case No. 5:24-cv-347-JA-PRL**

**JPW INDUSTRIES, INC.,**

**Defendant.**

---

## ORDER

Upon consideration of the Joint Status Report (Doc. 76) filed by the parties, it is **ORDERED** that the parties' request for a thirty-day extension is **GRANTED. No later than September 11, 2026**, the parties shall advise the Court whether a resolution of this case has been reached and, if not, of their positions on the impact of the Chapter 11 proceeding of Vera Holdings & Investments, Inc. on this case and its schedule.

**DONE** and **ORDERED** in Orlando, Florida, on August 10th, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record